# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0649

_____

LESTER BROWN,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


August 8, 2019


PER CURIAM.

The amended petition for belated appeal is denied on the merits.

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lester Brown, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.